# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No.'s 2:21-CR-20267

V                                                2:22-CR-20145

KEYON FAILS,                       HON. NANCY G. EDMUNDS

        Defendant.

_____/

## ORDER

    The Court, having considered Defendant's Motion to Modify Conditions of Pretrial Trial Release, and the Court otherwise being advised in the premises subject to the following conditions

    IT IS ORDERED that if Defendant Keyon Fails resolves his outstanding warrant and provides evidence of said resolution to the Court, before the first date travel.  Once the court is satisfied that the warrant has been resolved, defendant Keyon Fails may then travel from Michigan to New York City, New York from March 21, 2023 through March 22, 2023 and then from New York City, New York to Miami, Florida from March 22, 2023 through March 25, 2023 for employment purposes. Permission to travel is therefore contingent on Defendant's efforts to clear his outstanding warrant.

    SO ORDERED.

                                                      s/ Nancy G. Edmunds
                                                      NANCY G. EDMUNDS
Dated:  March 16, 2023          U.S. DISTRICT JUDGE